THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABE KASSAB, Appellant.— Judgment reversed, complaint dismissed and fine remitted on the ground that it does not appear beyond a reasonable doubt that the advertisement was calculated to deceive. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., and O'Malley, J., dissent and vote to affirm on the ground that the representation that " Swiss sheer " handerchiefs were included in the linen sale was calculated to deceive the average person into believing that such goods were linen and the advertisement was clearly intended to mislead the public.

HERBERT FINKENTHAL, an Infant, by His Guardian ad Litem, FRANK FINKENTHAL, and FRANK FINKENTHAL, Respondents, v. JOHN EICHLER DISTRIBUTING CORPORATION, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAMUEL WEINSTOCK, Respondent, v. SAMUEL LACHER and MOLLIE LACHER, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted, with leave to the plaintiff to serve an amended complaint within twenty days after service of order on payment of said costs, on the authority of Crowell v. Schneider (165 App. Div. 690); Battersby v. Collier (34 id. 347); Germ Proof Filter Co. v. Pasteur Filter Co. (81 Hun, 49); Drohan v. O'Brien (76 App. Div. 265). Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN M. HARTZBERG and LOUIS HARTZBERG, Copartners Doing Business under the Firm Name and Style of J. & L. HARTZBERG, Appellants, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD STAPLETON, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Glennon, J., dissents.

BLANCHE WILNER, Respondent, v. SAMUEL GREENBERG and Others, Appellants, Impleaded with Another, Defendant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

RUTH LAMB, Appellant, v. LIBERTY MUTUAL INSURANCE COMPANY, Respondent. — Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAMUEL SCHMELKE SINGER, Respondent, v. AMERICAN JEWISH PUBLISHING CORPORATION and JOEL SLONIM, Appellants.— Judgment and order unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,000; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.